JS - 6
**FILED: 12/11/12**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Gale C. Ballard*, <br>             **Plaintiff,** <br>        v. <br> *Wells Fargo Bank, N.A., et al.* <br>             **Defendants.** | **CASE NO. CV 12-9016-GHK (JCx)** <br><br> **JUDGMENT** |

     Pursuant to the Court's November 20, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Gale C. Ballard's ("Plaintiff") claims against Defendants Wells Fargo Bank Southwest, N.A. (sued erroneously as "Wells Fargo Bank, N.A. – 420 Montgomery Street, San Francisco, CA 94104; Wells Fargo & Company; Wells Fargo Bank, N.A.) are **DISMISSED with prejudice.** Pursuant to the Court's December 11, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant Mortgage Electronic Registration Systems, Inc. are **DISMISSED without prejudice**.

     **IT IS SO ORDERED**.

     DATED: December 11, 2012

                                                                                          _____
                                                                                  GEORGE H. KING
                                                           Chief United States District Judge